| | |
|---|---|
| 1 | MICHAEL J. McCUE (Bar No. 6055) |
|   | MMcCue@LRLaw.com |
| 2 | JOHN L. KRIEGER (Bar No. 6023) |
|   | JKrieger@LRLaw.com |
| 3 | JONATHAN W. FOUNTAIN (Bar No. 10351) |
|   | JFountain@LRLaw.com |
| 4 | LEWIS AND ROCA LLP |
|   | 3993 Howard Hughes Parkway, Suite 600 |
| 5 | Las Vegas, Nevada  89169 |
|   | Tel: (702) 949-8200 |
| 6 | Fax: (702) 949-8398 |
| 7 | Attorneys for Plaintiff |
|   | MGM RESORTS INTERNATIONAL |
| 8 | OPERATIONS, INC. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SHAHRAM KOLAHZADEH, an individual, EVAN KRENTZMAN, an individual, ROBERTO CIAMILLO, and individual, ADAM MAJEWSKI, an individual, REVNET, a New Jersey limited liability company, and POKERSONS, a business of unknown origin,<br><br>            Defendants. | Case No. 2:11-cv-01929<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EVAN KRENTZMAN** |

# NOTICE OF VOLUNTARY DISMISSAL
# OF DEFENDANT EVAN KRENTZMAN

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MGM Resorts International Operations, Inc. hereby dismisses this action, <u>with respect to Defendant Evan Krentzman only</u>, with prejudice.

Dated: this 13th day of December, 2011.

LEWIS AND ROCA LLP

By: <u>/s/ Jonathan W. Fountain</u>

Michael J. McCue
MMcCue@LRLaw.com
John L. Krieger
JKrieger@LRLaw.com
Jonathan W. Fountain
JFountain@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
MGM RESORTS INTERNATIONAL OPERATIONS, INC.

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 14, 2011.