MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JOHN L. KRIEGER (Bar No. 6023)
JKrieger@LRLaw.com
JONATHAN W. FOUNTAIN (Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
MGM RESORTS INTERNATIONAL
OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM KOLAHZADEH, an individual, EVAN KRENTZMAN, an individual, ROBERTO CIAMILLO, and individual, ADAM MAJEWSKI, an individual, REVNET, a New Jersey limited liability company, and POKERSONS, a business of unknown origin,<br><br>Defendants. | Case No. 2:11-cv-01929<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EVAN KRENTZMAN** |

# NOTICE OF VOLUNTARY DISMISSAL
# OF DEFENDANT EVAN KRENTZMAN

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MGM Resorts International Operations, Inc. hereby dismisses this action, with respect to Defendant Evan Krentzman only, with prejudice.

Dated: this 13th day of December, 2011.

> LEWIS AND ROCA LLP
>
> By: /s/ Jonathan W. Fountain
>
> Michael J. McCue
> MMcCue@LRLaw.com
> John L. Krieger
> JKrieger@LRLaw.com
> Jonathan W. Fountain
> JFountain@LRLaw.com
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, Nevada 89169
> Tel: (702) 949-8200
> Fax: (702) 949-8398
>
> Attorneys for Plaintiff
> MGM RESORTS INTERNATIONAL
> OPERATIONS, INC.

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2011.