MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JOHN L. KRIEGER (Bar No. 6023)
JKrieger@LRLaw.com
JONATHAN W. FOUNTAIN (Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
MGM RESORTS INTERNATIONAL
OPERATIONS INC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM KOLAHZADEH, an individual, EVAN KRENTZMAN, an individual, ROBERTO CIAMILLO, and individual, ADAM MAJEWSKI, an individual, REVNET, a New Jersey limited liability company, and POKERSONS, a business of unknown origin,<br><br>Defendants. | Case No. 2:11-01929-PMP-CWH<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

**UPON CONSIDERATION** of the motion filed by Plaintiff MGM Resorts International Operations Inc. ("Plaintiff") for a preliminary injunction, the supporting memorandum of points and authorities, the supporting declaration and evidence, the record in this case, and for other good cause shown;

**THE COURT HEREBY FINDS THAT**:

1.   Plaintiff will suffer irreparable injury to its valuable trademarks and associated goodwill if the Defendants are not enjoined from transferring the <ariapoker.com>, <bellagioonlinepoker.com>, <circuscircuspoker.com>, <excaliburpoker.com>,

<luxorpoker.com>, <mandalaybayonlinepoker.com>, and <mgmpoker.com> domain names (hereinafter the "Domain Names"), which contain Plaintiff's trademarks, namely, ARIA®, BELLAGIO®, CIRCUS CIRCUS®, EXCALIBUR®, LUXOR®, MANDALAY BAY®, and MGM® (together the "MGM Marks"), to other domain name registrars or from transferring their registrations for the Domain Names to other persons or entities;

3. Plaintiff is likely to succeed on the merits of its claims for cybersquatting and trademark infringement;

4. The balance of hardships tips in Plaintiff's favor because entry of a preliminary injunction would merely place the infringing Domain Names on hold and lock pending trial, and the failure to enter a preliminary injunction would cause Plaintiff to suffer additional irreparable injury and incur additional expense if the Domain Names are transferred to other registrants during the pendency of this action, requiring Plaintiff to file additional lawsuit(s) in other jurisdictions; and

5. The issuance of a preliminary injunction is in the public interest because it would protect consumers against deception and confusion arising from domain names containing Plaintiff's trademarks, and from the use of Plaintiff's trademarks, by persons other than Plaintiff.

Accordingly, Plaintiff's motion is **GRANTED**.  **IT IS HEREBY ORDERED THAT**, pending a full trial on the merits:

1. GoDaddy.com, Inc. shall immediately remove or disable the domain name server ("DNS") information for <bellagioonlinepoker.com>, <excaliburpoker.com>, <luxorpoker.com>, <mandalaybayonlinepoker.com>, and <mgmpoker.com>, place the domain names on hold and lock, and deposit them into the registry of the Court;

2. Wild West Domains, Inc. shall immediately remove or disable the DNS information for <ariapoker.com>, place the domain name on hold and lock, and deposit it into the registry of the Court;

3. Melbourne IT, Ltd., d/b/a/ Internet Names Worldwide, shall immediately remove or disable the DNS information for <circuscircuspoker.com>, place the domain name on hold and lock, and deposit it into the registry of the Court;

4.      Defendants Evan Krentzman, Roberto Ciamillo, Adam Majewski, RevNet, and PokerSons, including, without limitation, all of their respective partners, officers, agents, servants, employees, and all other persons acting in concert or participation with them, are hereby preliminarily restrained and enjoined from registering or trafficking in any domain name containing the MGM Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

5.      Defendant Shahram Kolahzadeh, and all of his partners, officers, agents, servants, employees, and all other persons acting in concert or participation with him, are hereby preliminarily restrained and enjoined from using the Aria Mark or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs in commerce (including, but not limited to, on any website or within any hidden text or metatags within any website); and

6.      A nominal bond of $100 shall be required because the evidence indicates that Defendants will only suffer minimal damage, if any, by the issuance of this preliminary injunction; the $100 cash deposit previously made by Plaintiff shall remain on deposit with the Clerk of the Court as security for this preliminary injunction pending the final disposition of this case.

ENTERED: this _6th day of January, 2012.

_____
**UNITED STATES DISTRICT JUDGE**