MICHAEL J. McCUE (Bar No. 6055)
MMcCue@LRLaw.com
JOHN L. KRIEGER (Bar No. 6023)
JKrieger@LRLaw.com
JONATHAN W. FOUNTAIN (Bar No. 10351)
JFountain@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiff
MGM RESORTS INTERNATIONAL
OPERATIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL OPERATIONS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAHRAM KOLAHZADEH, an individual, EVAN KRENTZMAN, an individual, ROBERTO CIAMILLO, and individual, ADAM MAJEWSKI, an individual, REVNET, a New Jersey limited liability company, and POKERSONS, a business of unknown origin,<br><br>Defendants. | Case No. 2:11-cv-01929-PMP-CWH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT REVNET** |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT REVNET

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MGM Resorts International Operations, Inc. hereby dismisses this action, <u>with respect to Defendant RevNet LLC only</u>, with prejudice.

Dated: this 9th day of January, 2012.

      LEWIS AND ROCA LLP

      By: <u>/s/ Jonathan W. Fountain          </u>

      Michael J. McCue
      MMcCue@LRLaw.com
      John L. Krieger
      JKrieger@LRLaw.com
      Jonathan W. Fountain
      JFountain@LRLaw.com
      3993 Howard Hughes Parkway, Suite 600
      Las Vegas, Nevada 89169
      Tel: (702) 949-8200
      Fax: (702) 949-8398

      Attorneys for Plaintiff
      MGM RESORTS INTERNATIONAL
      OPERATIONS, INC.

      IT IS SO ORDERED.

      _____
      PHILIP M. PRO
      UNITED STATES DISTRICT JUDGE

      Dated:  January 10, 2012.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2012, I caused a copy of the foregoing document entitled NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT REVNET to be served via first class, U.S. Mail, postage prepaid, on the following:

| | | |
|---|---|---|
| Shahram Kolahzadeh<br>12 Lochside Drive<br>Aberdeen AB 238 EH<br>Scotland | PokerSons<br>12C Portland Place<br>London, W1B 1JA<br>England | Roberto Ciamillo<br>49139 Village Point Drive<br>Shelby Township, MI 48315<br>United States |
| Rebecca A. Fuller, Esq.<br>10795 W. Twain Ave., Suite 104<br>Las Vegas, NV 89135<br>United States | RevNet LLC<br>345 State Street, Suite 105<br>Hackensack, NJ 07650<br>United States | Timothy John Whelan<br>15800 Spectrum Drive #1123<br>Addison, TX 75001 |

I hereby further certify that, on January 9, 2012, I caused true and accurate electronic copies of the above-listed document to be served via email, upon the following:

| | | |
|---|---|---|
| Shahram Kolahzadeh<br>shahram.k@virgin.net<br>shaz_koll@yahoo.com | Pokersons<br>info@casino-1000.com | Roberto Ciamillo<br>ciamilloroberto@yahoo.com |
| Timothy John Whelan<br>Whalen@GoWhalenLAW.com | RevNet LLC<br>doug@revnet.com | Amir Kolahzadeh<br>akolahzadeh@gmail.com |
| Rebecca A. Fuller<br>info@fullerlawpractice.com | | |

Dated: this 9th day of January, 2012

                                         /s/ Jonathan W. Fountain
                                         An employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2585813.1