1  MICHAEL J. McCUE (Bar No. 6055)
   MMcCue@LRLaw.com
2  JOHN L. KRIEGER (Bar No. 6023)
   JKrieger@LRLaw.com
3  JONATHAN W. FOUNTAIN (Bar No. 10351)
   JFountain@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
6  Fax: (702) 949-8398

7  Attorneys for Plaintiff
   MGM RESORTS INTERNATIONAL
8  OPERATIONS, INC.

9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12

13  MGM RESORTS INTERNATIONAL            Case No. 2:11-cv-01929-PMP-CWH
    OPERATIONS, INC., a Nevada corporation,

14                 Plaintiff,             **NOTICE OF VOLUNTARY
                                          DISMISSAL OF DEFENDANT
15         v.                             KOLAHZADEH**

16  SHAHRAM KOLAHZADEH, an individual,
    EVAN KRENTZMAN, an individual,
17  ROBERTO CIAMILLO, and individual, ADAM
    MAJEWSKI, an individual, REVNET, a New
18  Jersey limited liability company, and
    POKERSONS, a business of unknown origin,

19
                  Defendants.
20

21

22

23

24

25

26

27

28

1  **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT REVNET**

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

3  41(a)(1)(A)(i), Plaintiff MGM Resorts International Operations, Inc. hereby dismisses this

4  action, with respect to Defendant Shahram Kolahzadeh only, with prejudice.

5    Dated: this 9th day of January, 2012.

6            LEWIS AND ROCA LLP

7            By: /s/ Jonathan W. Fountain

8            Michael J. McCue
9            MMcCue@LRLaw.com
          John L. Krieger
10           JKrieger@LRLaw.com
          Jonathan W. Fountain
11           JFountain@LRLaw.com
12           3993 Howard Hughes Parkway, Suite 600
          Las Vegas, Nevada 89169
13           Tel: (702) 949-8200
          Fax: (702) 949-8398
14
15           Attorneys for Plaintiff
          MGM RESORTS INTERNATIONAL
16           OPERATIONS, INC.

17

18           IT IS SO ORDERED.

19

20           _____
          PHILIP M. PRO
21           UNITED STATES DISTRICT JUDGE

22           Dated:  January 10, 2012.

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on January 9, 2012, I caused a copy of the foregoing document

3  entitled NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KOLAHZADEH to be

4  served via first class, U.S. Mail, postage prepaid, on the following:

5
| | | |
|---|---|---|
| Shahram Kolahzadeh | PokerSons | Roberto Ciamillo |
| 12 Lochside Drive | 12C Portland Place | 49139 Village Point Drive |
| Aberdeen AB 238 EH | London, W1B 1JA | Shelby Township, MI 48315 |
| Scotland | England | United States |

6

7

8
| | | |
|---|---|---|
| Rebecca A. Fuller, Esq. | RevNet LLC | Timothy John Whelan |
| 10795 W. Twain Ave., Suite 104 | 345 State Street, Suite 105 | 15800 Spectrum Drive #1123 |
| Las Vegas, NV 89135 | Hackensack, NJ 07650 | Addison, TX 75001 |
| United States | United States | |

9

10      I hereby further certify that, on January 9, 2012, I caused true and accurate electronic

11  copies of the above-listed document to be served via email, upon the following:

12
| | | |
|---|---|---|
| Shahram Kolahzadeh | Pokersons | Roberto Ciamillo |
| shahram.k@virgin.net | info@casino-1000.com | ciamilloroberto@yahoo.com |
| shaz_koll@yahoo.com | | |

13

14
| | | |
|---|---|---|
| Timothy John Whelan | RevNet LLC | Amir Kolahzadeh |
| Whalen@GoWhalenLAW.com | doug@revnet.com | akolahzadeh@gmail.com |

15

16  Rebecca A. Fuller
   info@fullerlawpractice.com

17

18      Dated: this 9th day of January, 2012

19                    _____/s/ Jonathan W. Fountain_____
                      An employee of Lewis and Roca LLP

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

2585813.1