1  MICHAEL J. McCUE (Bar No. 6055)
   MMcCue@LRLaw.com
2  JOHN L. KRIEGER (Bar No. 6023)
   JKrieger@LRLaw.com
3  JONATHAN W. FOUNTAIN (Bar No. 10351)
   JFountain@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada  89169
   Tel: (702) 949-8200
6  Fax: (702) 949-8398

7  Attorneys for Plaintiff
   MGM RESORTS INTERNATIONAL
8  OPERATIONS, INC.

9

10                UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12
   MGM RESORTS INTERNATIONAL                    Case No. 2:11-cv-01929
13 OPERATIONS, INC., a Nevada corporation,
                                               **STIPULATION AND ORDER FOR
14              Plaintiff,                       DISMISSAL**

15       v.

16 SHAHRAM KOLAHZADEH, an individual,
   EVAN KRENTZMAN, an individual,
17 ROBERTO CIAMILLO, and individual, ADAM
   MAJEWSKI, an individual, REVNET, a New
18 Jersey limited liability company, and
   POKERSONS, a business of unknown origin,
19
                Defendants.
20

21

22

23

24

25

26

27

28

1   Plaintiff MGM Resorts International Operations, Inc. and Defendant Adam Majewski,

2   having settled their dispute, hereby agree and stipulate to dismiss this action with prejudice and

3   without attorneys' fees and costs awarded to any party.

4   **IT IS SO AGREED AND STIPULATED:**

5   LEWIS AND ROCA LLP                              ADAM MAJEWSKI

6

7   By: _____                    By: _____

8   Michael J. McCue                               Adam Majewski
    MMcCue@LRLaw.com                                5504 Amber Way
9   John L. Krieger                                McKinney, Texas 75070
    JKrieger@LRLaw.com
10  Jonathan W. Fountain                           Defendant *Pro Se*
    JFountain@LRLaw.com
11  3993 Howard Hughes Parkway, Suite 600
12  Las Vegas, Nevada 89169
    Tel: (702) 949-8200
13  Fax: (702) 949-8398

14
    Attorneys for Plaintiff
15  MGM RESORTS INTERNATIONAL
    OPERATIONS, INC.
16
         Dated: this 24th day of February, 2012.
17

18  IT IS SO ORDERED.
      FURTHER ORDERED the hearing set on 2/15/2012 at 10:00 a.m. before
19  Judge Philip M. Pro is VACATED.

20

21                                         _____
                                           UNITED STATES DISTRICT JUDGE
22
                                           DATED: February 13, 2012.
23

24

25

26

27

28