1  MICHAEL J. McCUE (Bar No. 6055)
   MMcCue@LRLaw.com
2  JOHN L. KRIEGER (Bar No. 6023)
   JKrieger@LRLaw.com
3  JONATHAN W. FOUNTAIN (Bar No. 10351)
   JFountain@LRLaw.com
4  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada 89169
   Tel: (702) 949-8200
6  Fax: (702) 949-8398

7  Attorneys for Plaintiff
   MGM RESORTS INTERNATIONAL
8  OPERATIONS, INC.

9

10              UNITED STATES DISTRICT COURT

11                   DISTRICT OF NEVADA

12
   MGM RESORTS INTERNATIONAL                Case No. 2:11-cv-01929
13 OPERATIONS, INC., a Nevada corporation,
                                            **STIPULATION AND ORDER FOR**
14              Plaintiff,                  **DISMISSAL**

15         v.

16 SHAHRAM KOLAHZADEH, an individual,
   EVAN KRENTZMAN, an individual,
17 ROBERTO CIAMILLO, and individual, ADAM
   MAJEWSKI, an individual, REVNET, a New
18 Jersey limited liability company, and
   POKERSONS, a business of unknown origin,
19
                Defendants.
20

21

22

23

24

25

26

27

28

Plaintiff MGM Resorts International Operations, Inc. and Defendant Adam Majewski, having settled their dispute, hereby agree and stipulate to dismiss this action with prejudice and without attorneys' fees and costs awarded to any party.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS AND ROCA LLP | ADAM MAJEWSKI |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Michael J. McCue<br>MMcCue@LRLaw.com<br>John L. Krieger<br>JKrieger@LRLaw.com<br>Jonathan W. Fountain<br>JFountain@LRLaw.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br><br>Attorneys for Plaintiff<br>MGM RESORTS INTERNATIONAL<br>OPERATIONS, INC. | Adam Majewski<br>5504 Amber Way<br>McKinney, Texas 75070<br><br>Defendant *Pro Se* |

Dated: this 24th day of February, 2012.

IT IS SO ORDERED.

FURTHER ORDERED the hearing set on 2/15/2012 at 10:00 a.m. before Judge Philip M. Pro is VACATED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 13, 2012.

-2-